# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                      **CRIMINAL ACTION NO. 1:10CR042-P-S**

**JOEL PICO,**                                 **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's May 25, 2010 Motion for Continuance [25]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for June 7, 2010. Defense counsel requests a continuance to afford more time to complete inspection of discovery material, prepare pretrial motions, and prepare for trial. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from June 7, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's May 25, 2010 Motion for Continuance [25] is **GRANTED**;

(2) Trial of this matter is continued until Monday, July 19, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from June 7, 2010 to July 19, 2010 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is June 28, 2010; and

    (5) The deadline for submitting a plea agreement is July 6, 2010.

**SO ORDERED** this the 27th day of May, A.D., 2010.

                                    /s/ W. Allen Pepper, Jr.
                                    W. ALLEN PEPPER, JR.
                                    UNITED STATES DISTRICT JUDGE